427 A.2d 244

Commonwealth v. Ortiz, Appellant.

Submitted March 21, 1980. Mark S. Refowich, for appellant; John Gallagher, District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Judgment of sentence affirmed.